[No. 13861-5-III.     Division Three.     July 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE PIMENTAL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01719-2, Michael W. Leavitt, J., entered January 21, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14115-2-III.     Division Three.     July 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK NEIL LOWDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 94-1-00035-1, Fred L. Stewart, J., entered June 17, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 14157-8-III.     Division Three.     July 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD ALAN HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 94-1-00036-0, Larry M. Kristianson, J., entered July 1, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Munson and Schultheis, JJ.

[No. 14219-1-III.     Division Three.     July 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN G. MERCADO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 93-1-00224-3, Donald W. Schacht, J., entered June 27, 1994. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.